**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHELDON RAY NEWSOME,<br><br>Plaintiff,<br><br>v.<br><br>CHERYL INNISS-BURTON,<br><br>Defendant. | No. 2:19-CV-1862-JAM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to the Prison Litigation Reform Act (PLRA), defendant Cheryl Innis-Burton has waived her right to reply to plaintiff's action. See ECF No. 12.

Under the PLRA, "[a]ny defendant may waive the right to reply to any action brought by a prisoner confined in any jail, prison, or other correctional facility under section 1979 of the Revised Statutes of the United States (42 U.S.C. 1983) or any other Federal law. Notwithstanding any other law or rule of procedure, such waiver shall not constitute an admission of the allegations contained in the complaint. No relief shall be granted to the plaintiff unless a reply has been filed." 42 USCS § 1997(e)(g)(1). Additionally, "[t]he court may require any defendant to reply to a complaint brought under this section if it finds that the plaintiff has a reasonable opportunity to prevail on the merits." 42 USCS § 1997(e)(g)(2).

///

1  On October 3, 2019, the Court screened plaintiff's complaint. See ECF No. 7. There, the Court stated that "[t]he complaint appears to state a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action." Id.

Accordingly, IT IS HEREBY ORDERED that defendant Cheryl Innis-Burton shall file a response to plaintiff's complaint within 30 days of the date of service of this order.

Dated: May 14, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE