**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHELDON RAY NEWSOME,<br><br>    Plaintiff,<br><br>    v.<br><br>CHERYL INNISS-BURTON,<br><br>    Defendant. | No.  2:19-CV-1862-JAM-DMC-P<br><br><br>ORDER |

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion, ECF No. 18, requesting issuance of a "discovery schedule" for this case and approval of an inmate legal assistant.

       To the extent Plaintiff seeks an order setting a schedule for this litigation, Plaintiff's motion is denied as unnecessary because on May 27, 2020, the Court set a schedule for this matter.  Under that schedule, discovery closed on September 22, 2020, and dispositive motions are due within 90 days of that date.

/ / /

/ / /

/ / /

/ / /

/ / /

To the extent Plaintiff also seeks an order approving an inmate legal assistant, Plaintiff's motion is also denied as unnecessary because Plaintiff does not require Court approval to engage the assistance of another inmate.

IT IS SO ORDERED.

Dated:  October 16, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE