IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELDON RAY NEWSOME,<br><br>Plaintiff,<br><br>v.<br><br>CHERYL INNISS-BURTON,<br><br>Defendant. | No.  2:19-CV-1862-JAM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion, ECF No. 26, for an extension of time to file objections to the findings and recommendations issued on November 23, 2020.  Good cause appearing therefor, Plaintiff's motion is granted.  The parties may file objections within 30 days of the date of this order.

IT IS SO ORDERED.

Dated:  December 15, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1