IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELDON RAY NEWSOME,<br><br>    Plaintiff,<br><br>    v.<br><br>CHERYL INNISS-BURTON,<br><br>    Defendant. | No.  2:19-CV-1862-JAM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's first motion, ECF No. 25, for modification of the scheduling order issued on May 27, 2020.  Plaintiff seeks an extension of time to February 22, 2021, to file dispositive motions.  Good cause appearing therefor, Plaintiff's motion is granted.  Dispositive motions shall be filed on or before February 22, 2021.

IT IS SO ORDERED.

Dated:  December 15, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE