**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHELDON RAY NEWSOME,<br><br>Plaintiff,<br><br>v.<br><br>CHERYL INNIS-BURTON, et al.,<br><br>Defendants. | No.  2:19-CV-1862-JAM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Before the Court is Plaintiff's motion for extension of time to file dispositive motions until the Court rules upon Plaintiff's pending motion to compel. ECF No. 32. Plaintiff filed a motion to compel discovery on January 28, 2021. ECF No. 30. Defendant opposes the motion. ECF No. 31. The current deadline to file dispositive motion s is February 22, 2021. For good cause shown, the Court will construe Plaintiff's motion as a motion to vacate the current dispositive motion deadline. The Court vacates the current dispositive motion deadline and will reset the deadline when the Court rules upon the motion to compel.

///

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The current dispositive motion deadline of February 22, 2021 is **VACATED**.

2. The Court will reset the dispositive motion deadline when it rules upon Plaintiff's pending motion to compel.

Dated:  February 17, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE