**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHELDON RAY NEWSOME,<br><br>Plaintiff,<br><br>v.<br><br>CHERYL INNISS-BURTON, et al.,<br><br>Defendants. | No.  2:19-CV-1862-JAM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On November 23, 2020, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. ECF No. 23. The Magistrate Judge recommended denying Plaintiff's motion for injunctive relief. Id. Plaintiff filed objections to the findings and recommendations. ECF No. 29.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, ECF No. 23, filed November 23, 2020, are adopted in full; and

2. Plaintiff's motion for injunctive relief, ECF No. 22, is denied.

DATED: March 1, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE