IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELDON RAY NEWSOME,<br><br>Plaintiff,<br><br>v.<br><br>CHERYL INNISS-BURTON,<br><br>Defendant. | No. 2:19-CV-1862-JAM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion to compel, ECF No. 30.

Plaintiff's motion is untimely. Pursuant to the Court's May 27, 2020, scheduling order, discovery closed on September 22, 2020, and motions related to discovery were due within 60 days thereafter, or by November 21, 2020. See ECF No. 17. The pending motion to compel was not filed until January 28, 2021 – more than two months late. As such, it is denied as untimely.

IT IS SO ORDERED.

Dated: April 8, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1