IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELDON RAY NEWSOME,<br><br>Plaintiff,<br><br>v.<br><br>CHERYL INNISS-BURTON,<br><br>Defendant. | No. 2:19-CV-1862-JAM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 47, for an extension of time to file an opposition to Defendant's motion for summary judgment. Good cause appearing therefor, Plaintiff's motion is granted. Plaintiff may file an opposition within 30 days of the date of this order.

IT IS SO ORDERED.

Dated: August 16, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1