1

2

3

4

5

6

7

8                **IN THE UNITED STATES DISTRICT COURT**

9             **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   SHELDON RAY NEWSOME,                    No.  2:19-CV-1862-JAM-DMC-P

12            Plaintiff,

13        v.                                 ORDER

14   CHERYL INNISS-BURTON,

15            Defendant.

16

17            Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18   42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion, ECF No. 36, for appointment

19   of an expert witness.

20            Pursuant to the Court's May 27, 2020, scheduling order, the parties were permitted

21   to conduct discovery through September 22, 2020.  See ECF No. 17.  Plaintiff's motion for

22   appointment of an expert witness, which would necessitate discovery relating to any such

23   appointed witness, was filed on March 14, 2021 – almost six months after the close of discovery.

24   See ECF No. 36.  Plaintiff's motion is denied as untimely.

25   / / /

26   / / /

27   / / /

28   / / /

1    Plaintiff's motion for judgment on the pleadings, ECF No. 37, Defendant's motion

2  for summary judgment, ECF No. 46, and Plaintiff's motion to preclude certain evidence, ECF No.

3  49, will be addressed by separate findings and recommendations.

4    IT IS SO ORDERED.

5

6  Dated:  October 4, 2021

7    _____

    DENNIS M. COTA
8    UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28