IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELDON RAY NEWSOME,<br><br>Plaintiff,<br><br>v.<br><br>CHERYL INNISS-BURTON,<br><br>Defendant. | No. 2:19-CV-1862-JAM-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. In March 2021, Plaintiff filed a motion for judgment on the pleadings, ECF No. 37, and in July 2021, Defendant filed a motion for summary judgment, ECF No. 46. Then in August 2021, Plaintiff filed a motion to preclude an expert witness's declaration that Defendant submitted in support of her motion for summary judgment. ECF No. 49. In that motion, Plaintiff also requested that his motion for judgment on the pleadings "serve as opposition to the defendant's motion for summary judgment." Id. at 4. Because Plaintiff's motion for judgment on the pleadings was filed four months before Defendant's motion for summary judgment, the Court will deny that request. However, the Court will grant Plaintiff an extension of fourteen days from the date of this order to file an opposition to Defendant's motion for summary judgment. Under Eastern District of California Local Rule 230(c) (effective February 1, 2019), the failure to file a timely opposition to a motion may be construed as non-opposition to the relief requested.

1

Defendant will have seven days from the date of Plaintiff's opposition to file a reply.

       IT IS SO ORDERED.

Dated: January 19, 2022

                                            DENNIS M. COTA
                                            UNITED STATES MAGISTRATE JUDGE