IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELDON RAY NEWSOME,<br><br>Plaintiff,<br><br>v.<br><br>CHERYL INNISS-BURTON,<br><br>Defendant. | No.  2:19-CV-1862-JAM-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion, ECF No. 59, for an extension of time.  Good cause appearing therefor based on Plaintiff's declaration of the need for additional time to gather his legal paperwork following a recent prison transfer, Plaintiff's motion is granted.  Plaintiff may file objections to the Court's February 16, 2022, findings and recommendations within 30 days of the date of this order.

IT IS SO ORDERED.

Dated:  March 30, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1