UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELDON RAY NEWSOME,<br><br>Plaintiff,<br><br>v.<br><br>CHERYL INNISS-BURTON,<br><br>Defendant. | No. 2:19-cv-01862-DAD-DMC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, MOTION FOR INJUNCTIVE RELIEF, MOTION TO COMPEL, AND MOTION TO PRECLUDE EXPERT TESTIMONY<br><br>(Doc. Nos. 37, 46, 49, 56, 57, 60) |

Plaintiff Sheldon Ray Newsome is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 16, 2022, the assigned magistrate judge issued findings and recommendations, recommending that defendant's motion for summary judgment (Doc. No. 46) be granted and plaintiff's motion for summary judgment (Doc. No. 37), motion to compel (Doc. No. 53), and motion to preclude expert testimony (Doc. No. 49) be denied. (Doc. No. 56.) The findings and recommendations were served on all parties and contained notice that any objections

/////

1

were to be filed within fourteen (14) days of service.  (*Id.* at 7.)  No objections have been filed and the time to do so has since passed.

On March 30, 2022, the assigned magistrate judge issued further findings and recommendations, recommending that plaintiff's motion for injunctive relief (Doc. No. 57), also be denied.  (Doc. No. 60.)  The findings and were served on the parties and contained notice that any objections were to be filed within fourteen (14) days of service.  (*Id.* at 2.)  No objections to the March 30, 2022 findings and recommendations have been filed and the time to do so has since passed.

Although it appears from the record on the docket that plaintiff's copies of the findings and recommendations were returned to the court as undeliverable, plaintiff was properly served by mail at his address of record.  The record reflects that multiple attempts to deliver both sets of findings and recommendations were returned as undeliverable because the documents were refused, including in one instance that documents the attempt as "Undeliverable, Inmate refused to sign for legal mail."  (*See* Docket Entry dated Apr. 28, 2022.)  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.  Furthermore, it appears that plaintiff's address of record as reflected on the docket is correct, as he requested and was sent a copy of the docket at his address of record on May 12, 2022, after all the service attempts were returned as undeliverable and refused.  (Doc. No. 63.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on February 16, 2022 (Doc. No. 56) and March 30, 2022 (Doc. No. 60) are adopted in full;
2. Defendant's motion for summary judgment (Doc. No. 46) is granted;
3. Plaintiff's motion for summary judgment (Doc. No. 37), motion to compel (Doc. No. 53), and motion to preclude expert testimony (Doc. No. 49) are denied;

4. Plaintiff's motion for injunctive relief (Doc. No. 57) is also denied; and

5. The Clerk of the Court is directed to enter judgment in favor of defendant and close this case.

IT IS SO ORDERED.

Dated: **September 10, 2022**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE